%AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

CA B-00-157

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12-28-00 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Juan Garcia / Orando C. Carrizales | Investigators |

United States District Court
Southern District of Texas
FILED

JAN 1 6 2001

Michael N. Milby
Clerk of Court

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served to Danny Lopez, however refused to accept after reviewing documents. Discussed matter with Suzanne Dunne of Solicitor's office, and was instructed to leave in Resident's mailbox. Delivered at 12-28-00 Approx 11:00 AM.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/28/00
            Date          Signature of Server

320 N. Main #238 McAllen, TX 78501
Address of Server

Server 2

3100 Quince McAllen, TX. 78501
Server 2

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.