

United States District Court
Southern District of Texas
FILED

FEB 0 2 2001

Michael N. Milby
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| ALEXIS M. HERMAN, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br>     Plaintiff, <br><br> VS. <br><br> DANIEL LOPEZ, <br>     Defendant. | § § § § § § § § § | <br><br><br><br><br>CIVIL ACTION NO. B-00-157 |

## ORDER

This case is set for a hearing before the undersigned on February 27, 2001 at 1:30 P.M. to show cause why it should not be dismissed for want of prosecution.

SIGNED at Brownsville, Texas, this 2nd day of February, 2001.

_____
John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com