4

# THE HONORABLE JOHN WM. BLACK

## TELEPHONIC SHOW CAUSE HEARING

CIVIL ACTION NO. __B-00-157__          DATE & TIME: ___02-27-01 AT 1:30 P.M.___

__ALEXIS M. HERMAN, ET AL.__          PLAINTIFF(S) ____SUZANNE DUNNE____
                                      COUNSEL

VS.

__DANIEL LOPEZ, ET AL.__              DEFENDANT(S)
                                      COUNSEL

---

Attorney Suzanne Dunne appeared telephonically.

Will move for default the first week in March, 2001.

ClibPDF - www.fastio.com