5

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 5 2001

Michael N. Milby
Clerk of Court

```
------------------------------------
ELAINE L. CHAO, Secretary of        :
Labor, United States Department of  :
Labor,                              :
                                    :
              Plaintiff,            :
                                    :         CIVIL ACTION
                                    :
   v.                               :
                                    :         No. B-00-157
DANIEL LOPEZ,                       :
individually,                       :
                                    :
              Defendant.            :
------------------------------------
```

REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), Federal Rules of Civil Procedure, Plaintiff requests the Clerk of the Court to enter the default of Defendant, Daniel Lopez, individually, for failure to plead or otherwise defend.

In support of this request, Plaintiff submits the Declaration of Suzanne F. Dunne, an attorney of record for Plaintiff.

Respectfully submitted,

JUDITH E. KRAMER
Acting Solicitor of Labor

WILLIAM E. EVERHEART
Regional Solicitor

MARGARET T. CRANFORD
Counsel for Wage and Hour

ADDRESS:

Office of the Solicitor
U. S. Department of Labor
525 Griffin Street, Suite 501
Dallas, Texas  75202

By:

Telephone:  214/767-4902
Facsimile:  214/767-3445

*Suzanne Dunne* (signature)

SUZANNE F. DUNNE
Trial Attorney
TX Bar No. 24002024

Attorneys for Plaintiff.

RSOL Case No. 00-00176

2

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF TEXAS

# BROWNSVILLE DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | : : : : |
| Plaintiff, | : : CIVIL ACTION |
| v. | : : No. B-00-157 |
| DANIEL LOPEZ, individually, | : : : |
| Defendant. | : |

## DECLARATION OF SUZANNE F. DUNNE

1. I am the attorney of record for the Plaintiff, Secretary of Labor, in this action.

2. Based on court records and other information and belief, Defendant, Daniel Lopez, individually, was served with the Complaint and Summons in this action on December 28, 2000.

3. To date said Defendant has failed to answer or otherwise plead in response to the Complaint.

4. Defendant has made no appearance of any kind.

5. Based on information and belief, Defendant is not a member of the Armed Forces of the United States or an infant or incompetent person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___28th___ day of ___February___ 2001.

*Suzanne Dunne*
SUZANNE F. DUNNE
Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on the ___1st___ day of ___March___, 2001, a true and correct copy of the foregoing *Request for Entry of Default* and order of the Secretary of Labor was served upon all parties, representatives, and attorneys in the above entitled and numbered cause by depositing the same in the United States Mail in an envelope addressed to:

Daniel Lopez
255 E. Van Eaton Avenue
Raymonville, Texas 78580

*[signature]*
SUZANNE F. DUNNE
Attorney