UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 6 2001

Michael N. Milby
Clerk of Court

---

ELAINE L. CHAO, Secretary of :
Labor, United States Department of :
Labor, :
 :
      Plaintiff, :
 : CIVIL ACTION
v. :
 : No. B-00-157
DANIEL LOPEZ, :
individually, :
 :
      Defendant. :

---

ENTRY OF DEFAULT

It appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against Defendant, Daniel Lopez, individually, this 6th day of March, 2001, pursuant to Rule 55(a), Federal Rules of Civil Procedure.

                            Michael N. Milby, Clerk
                            District Court Clerk
                            United States District Court

                By: _____
                         Deputy Clerk

RSOL No. 00-00176