7

United States District Court
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

ELAINE L. CHAO, Secretary of :
Labor, United States Department of :
Labor, :
 :
        Plaintiff, :
 :    CIVIL ACTION
 :
v. :
 :    No. B-00-157
DANIEL LOPEZ, :
individually, :
 :
        Defendant. :

MOTION FOR DEFAULT JUDGMENT

      COMES NOW Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and hereby moves the Court to enter a judgment by default against the above named Defendant. In support of her motion, Plaintiff would show the Court the following:

      1.    On October 6, 2000, Plaintiff instituted a claim under the Fair Labor Standards Act of 1938 and the Migrant and Seasonal Workers Protection Act by filing a complaint.

      2.    On December 28, 2000, Defendant, Daniel Lopez, Individually, was served with the Complaint and Summons in this action.

      3.    To date Defendant has failed to answer or otherwise plead in response to the Complaint, or serve a copy of any answer or other defense which he might have had upon the attorneys for Plaintiff.

4.     Based on information and belief, the Defendant is not a member of the Armed Forces of the United States or an infant or incompetent person.

5.     As a result of the aforementioned facts, the Clerk of this Court, pursuant to rule 55(a), entered default against Defendant Daniel Lopez, on March 6, 2001. (Attached as Exhibit "A").

6.     Defendant Daniel Lopez has not moved pursuant to Rule 55(c) to set aside for good cause shown the entry of default against him.

7.     As evidenced by the attached Declaration, Defendant Daniel Lopez was subject to the provisions of the Fair Labor Standards Act (29 U.S.C. Section 201, et seq.)("FLSA"), and the Migrant and Seasonal Worker Protection Act (29 U.S.C. Section 1801)("MSPA") as alleged, and violated the provisions of Sections 6, 11(c), 15(a)(2) and 15(a)(5) of the FLSA and the provisions of Sections 101(a), 101(b), 103(a)(4), 201(a), 201(d)(1), 201(d)(2), 201(e), 202(a), 301(a), 301(c)(1), 301(c)(2), 301(d), 302(a), 140(b)(1)(B), and 410(b)(1)(C) of the MSPA as alleged. (Attached as Exhibit "B").

WHEREFORE, Plaintiff prays the Court to enter an order granting judgment by default enjoining Defendant Daniel Lopez, from any further violations of the Fair Labor Standards Act and the Migrant and Seasonal Workers Protection Act.

2

|  |  |
|---|---|
| **ADDRESS**:<br><br>Office of the Solicitor<br>U. S. Department of Labor<br>525 Griffin Street, Suite 501<br>Dallas, Texas  75202<br><br>Telephone:  214/767-4902<br>Facsimile:   214/767-3445 | Respectfully submitted,<br><br>JUDITH E. KRAMER<br>Acting Solicitor of Labor<br><br>WILLIAM E. EVERHEART<br>Regional Solicitor<br><br>MARGARET T. CRANFORD<br>Counsel for Wage and Hour<br><br>By:<br><br>*/s/ Suzanne Dunne*<br>SUZANNE F. DUNNE<br>Trial Attorney<br>TX Bar No. 24002024<br><br>Attorneys for Plaintiff. |

RSOL Case No. 00-00176

3

United States District Court
Southern District of Texas
FILED

MAR 0 6 2001

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF TEXAS

# BROWNSVILLE DIVISION

| | |
|---|---|
| ELAINE L. CHAO, Secretary of Labor, United States Department of Labor, | : : : |
| Plaintiff, | : : |
| v. | : CIVIL ACTION : No. B-00-157 |
| DANIEL LOPEZ, individually, | : : : |
| Defendant. | : : |

## ENTRY OF DEFAULT

It appearing that Defendant is in default for failure to plead or otherwise defend as required by law, default is hereby entered against Defendant, Daniel Lopez, individually, this 6th day of March, 2001, pursuant to Rule 55(a), Federal Rules of Civil Procedure.

Michael N. Milby, Clerk
District Court Clerk
United States District Court

By: _____
Deputy Clerk

RSOL No. 00-00176

EXHIBIT A

the production of goods for commerce at rates less than the minimum hourly rates required by Section 6 of the FLSA.

6. During May, 1999, Daniel Lopez violated Sections 11(c) and 15(a)(5) of the FLSA in that he failed to make, keep and preserve adequate records of his employees and of the wages, hours and other conditions and practice of employment he maintained.

7. During May, 1999, Daniel Lopez violated numerous provisions of the Migrant and Seasonal Worker Protection Act such as:

    1. Section 101(a) by engaging in a farm labor contracting activity without a certificate of registration from the Secretary of Labor;

    2. Section 101(b) by failing to register his employees;

    3. Section 103(a)(4) by failing to comply with a final order of the Secretary of Labor;

    4. Section 201(a) by failing to disclose to migrant agricultural workers in writing the employment conditions required by this section;

    5. Section 201(d)(1) by failing to make and keep employer records of migrant agricultural workers;

    6. Section 201(d)(2) by failing to provide wage statements to migrant agricultural workers;

    7. Section 201(e) by failing to provide records for migrant agricultural workers;

    8. Section 202(a) by failing to pay wages when due to migrant agricultural workers;

    9. Section 301(a) by failing to disclose to seasonal agricultural workers in writing when requested the employment conditions required by this section;

    10. Section 301(c)(1) by failing to make and keep employer records of seasonal agricultural workers;

    11. Section 301(c)(2) by failing to provide wage statements to seasonal agricultural workers;

    12. Section 301(d) by failing to provide records for seasonal agricultural

2

workers;

13. Section 302(a) by failing to pay wages to seasonal agricultural workers when due;

14. Section 410(b)(1)(B) by failing to assure that his drivers had a valid license; and

15. Section 410(b)(1)(C) by failing to obtain auto insurance coverage.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___26___ day of __March__, 2001.

_____
Alejandro Santos

State: Texas
County: Hidalgo.
Before me appeared Alejandro Santos
+ signed this document.

_____
Notary Public
10/8/2002

SANDRA SEGURA
Notary Public, State of Texas
My Commission expires
October 8, 2002

3

## CERTIFICATE OF SERVICE

I hereby certify that on the __29th__ day of __March__, 2001, a true and correct copy of the foregoing *Motion for Default Judgment* and *Judgment by Default* of the Secretary of Labor was served upon all parties, representatives, and attorneys in the above entitled and numbered cause by depositing the same in the United States Mail in an envelope addressed to:

Daniel Lopez
255 E. Van Eaton Avenue
Raymonville, Texas 78580

*[signature]*
SUZANNE F. DUNNE
Attorney